UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-22683-CIV-COOKE/WHITE

DREW C. HARTLEY,

    *Petitioner*,

v.

WALTER A. MCNEIL,

    *Respondent*.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on the Amended Petition for Writ of Habeas Corpus [D.E. 12]. Judge White issued a Report and Recommendation [D.E. 28], recommending that the Petition for Writ of Habeas Corpus be dismissed with prejudice. As the movant did not file any objections to the Report and Recommendation, it is **ORDERED AND ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED AND ADOPTED** as follows:

    1.    This case is **DISMISSED WITH PREJUDICE**.

    2.    This case is **CLOSED**.

    3.    All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of August 2008.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:

The Honorable Patrick A. White

All counsel of record

Drew C. Hartley, *pro se*
DC# 268221
Martin Correctional Institution
1150 SW Allapattah Road
Indiantown, FL 34956=5397